**Order filed June 4, 2015**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-15-00451-CV
_____

**RICHARD LEE HELMS AND CLYTEL RENEE HELMS AND ALL OCCUPANTS, Appellants**

**V.**

**US BANK NATIONAL ASSOCIATION, Appellee**

---

**On Appeal from the County Civil Court at Law No. 2
Harris County, Texas
Trial Court Cause No. 1060471**

---

## O R D E R

This is an appeal from a judgment signed April 13, 2015. The notice of appeal was due May 13, 2015. *See* Tex. R. App. P. 26.1. Appellants, however, filed their notice of appeal on May 22, 2015, a date within 15 days of the due date for the notice of appeal. A motion for extension of time is necessarily implied when the perfecting instrument is filed within 15 days of its due date. *Verburgt v. Dorner,* 959 S.W.2d 615, 617 (Tex. 1997). Appellants did not file a motion to

extend time to file the notice of appeal. While an extension may be implied, appellants are still obligated to come forward with a reasonable explanation to support the late filing. *See Miller v. Greenpark Surgery Center Assocs., Ltd.*, 974 S.W.2d 805, 808 (Tex. App.—Houston [14th Dist.] 1998, no pet.).

Accordingly, we **ORDER** appellants to file a proper motion to extend time to file the notice of appeal on or before June 15, 2015. *See* Tex. R. App. P. 26.3;10.5(b). If appellants do not comply with this order, we will dismiss the appeal. *See* Tex. R. App. P. 42.3.


PER CURIAM